Form 522Q (12/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Gregory G Johnson**<br>17225 Astro Dr.<br>Big Rapids, MI 49307<br>SSN: xxx–xx–0424<br>**Marjorie A Johnson**<br>17225 Astro Dr.<br>Big Rapids, MI 49307<br>SSN: xxx–xx–5245<br><br>**Debtor(s)** | **Case Number 10–03647–swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

# NOTICE TO CREDITORS AND OTHER PARTIES IN INTEREST
# OF PROVISIONS UNDER 11 USC SECTION 522(q)(1)

   Pursuant to Sections 727(a)(12), 1141(d)(5), 1228(f), or 1328(h), as applicable, NOTICE is hereby given that creditors and parties in interest have 21 days from the date of service of this notice to file objection to the entry of an order of discharge on grounds that 11 USC Section 522(q)(1) may be applicable to the debtor(s) or that a proceeding is pending in which the debtor(s) may be found guilty of a felony as described in 11 USC Section 522(q)(1)(A) or may be liable for a debt as described in 11 USC Section 522(q)(1)(b).

   If such objections are filed, a hearing will be scheduled.

Daniel M. LaVille
Clerk of Court

**Dated:** March 25, 2010

# CERTIFICATE OF NOTICE

```
District/off: 0646-1           User: kathyc               Page 1 of 1               Date Rcvd: Mar 25, 2010
Case: 10-03647                 Form ID: 522q              Total Noticed: 33

The following entities were noticed by first class mail on Mar 27, 2010.
db/db          +Gregory G Johnson,   Marjorie A Johnson,   17225 Astro Dr.,   Big Rapids, MI 49307-9521
5812531       ++ADVANTA,   700 DRESHER RD,   HORSHAM PA 19044-2206
               (address filed with court:  Advanta Bank Corp,   Po Box 844,   Spring House PA 19477)
5812532        +Allied Collection Grou,   Po Box 2878,   Holland MI 49422-2878
5812534        +American Express,   c/o Becket and Lee LLP,   Po Box 3001,   Malvern PA 19355-0701
5812535        +At&t Credit Management,   At&T  Credit Management Center,   Po Box 80701,
                 Charleston SC 29416-0701
5812536        +Cap One,   Po Box 85520,   Richmond VA 23285-5520
5812537         Carl Hillard,   c/o Baird Cotter & Bishop,   104 W Harris St,   Cadillac MI 49601
5812538        +Central Prof Services,   801 Sunnyside Dr,   Cadillac MI 49601-9201
5812539        +Charter Cable,   PO Box 3019,   Milwaukee WI 53201-3019
5812540        +Chase,   Po Box 15298,   Wilmington DE 19850-5298
5812541        +Chemical Bank & Trust,   115 West Dr S,   Marshall MI 49068-9557
5812542        +Citi,   Po Box 6241,   Sioux Falls SD 57117-6241
5812543         Dean Johnson,   8357 Meyering Rd,   Mc Bain MI 49657
5812545       ++FIFTH THIRD BANK,   MD# ROPS05 BANKRUPTCY DEPT,   1850 EAST PARIS SE,
                 GRAND RAPIDS MI 49546-6253
               (address filed with court:  Fifth Third Bank,   38 Fountain Square Plz,   Cincinnati OH 45202)
5812546        +First Premier Bank,   601 S Minnesota Ave,   Sioux Falls SD 57104-4868
5812549         Hillard Enterprises,   c/o Baird Cotter & Bishop,   Attn: Steve Arends,   104 W Harris St,
                 Cadillac MI 49601
5812550        +Hsbc/rs,   Attn: Bankruptcy,   Po Box 5263,   Carol Stream IL 60197-5263
5812551        +Hsbc/ynkrs,   Po Box 15521,   Wilmington DE 19850-5521
5812552        +King & King,   140 Palvster,   Cadillac MI 49601-2592
5812555        +Macys/fdsb,   Macy's Bankruptcy,   Po Box 8053,   Mason OH 45040-8053
5812556        +Merchants & Medcal,   6324 Taylor Dr,   Flint MI 48507-4685
5812557        +Mike Hillard,   PO Box 179,   Thomasville NC 27361
5812558        +Money Recovery Nationwide,   Po Box 13129,   Lansing MI 48901-3129
5812559       ++PORTFOLIO RECOVERY ASSOCIATES LLC,   PO BOX 41067,   NORFOLK VA 23541-1067
               (address filed with court:  Portfolio Rc,   Attn: Bankruptcy,   120 Corporate Blvd Suite 100,
                 Norfolk VA 23502)
5812560        +Prsm/cbsd,   Po Box 6497,   Sioux Falls SD 57117-6497
5812561        +United Collect Bur Inc,   5620 Southwyck Blvd Ste,   Toledo OH 43614-1501
5812562        +Wfnnb/maurices,   Po Box 182273,   Columbus OH 43218-2273
The following entities were noticed by electronic transmission on Mar 25, 2010.
5812533        +E-mail/PDF: CBP@AGFINANCE.COM Mar 25 2010 23:15:14     Amer Gen Fin,   Pob 59,
                 Evansville IN 47701-0059
5812544        +E-mail/PDF: mrdiscen@discoverfinancial.com Mar 25 2010 23:28:17     Discover Fin,
                 Attention: Bankruptcy Department,   Po Box 3025,   New Albany OH 43054-3025
5812547        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2010 23:30:29     Gemb/ge Money Loc,
                 Attn:  Bankruptcy,   Po Box 103106,   Roswell GA 30076-9106
5812548        +E-mail/PDF: gecsedi@recoverycorp.com Mar 25 2010 23:30:30     Gemb/jcp,   Attention:  Bankruptcy,
                 Po Box 103104,   Roswell GA 30076-9104
5812553        +E-mail/PDF: cr-bankruptcy@kohls.com Mar 25 2010 23:29:49     Kohls/chase,
                 N56 W 17000 Ridgewood Dr,   Menomonee Falls WI 53051-7096
5812554        +E-mail/Text: resurgentbknotifications@resurgent.com                          Lvnv Funding Llc,
                 Po Box 740281,   Houston TX 77274-0281
                                                                                              TOTAL: 6

               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).
```

I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.

**Meeting of Creditor Notices only (Official Form 9):** Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.

**Date: Mar 27, 2010**        **Signature:**    _Joseph Speetjens_