Official Form 23 (12/08)

# United States Bankruptcy Court
## Western District of Michigan

In re Gregory G Johnson and Marjorie A Johnson ,   Case No:   10−03647−swd
                                                  Chapter:   7

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☐   I, _____, the debtor in the above−styled case, hereby certify that on _____(Date),
         (Printed Name of Debtor)
I completed an instructional course in personal financial management provided by
_____, an approved personal financial management provider.
         (Name of Provider)

Certificate No.: _____.


☐   I, _____, the debtor in the above−styled case, hereby
         (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
   ☐  Incapacity of disability, as defined in 11 U.S.C. § 109(h);
   ☐  Active military duty in a military combat zone; or
   ☐  Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved
instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.


Signature of Debtor: _____

Date: _____

_____


*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).) Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 chase, file within 45[1] days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

_____

[1]**Important.**  The deadline remains 45 days until December 1, 2010, when amendment to Fed. R. Bankr. P. 1007(c) extending the period to 60 days is scheduled to take effect together with a conforming change to the form approved by the Judicial Conference.

# CERTIFICATE OF NOTICE

```
District/off: 0646-1          User: kathyc              Page 1 of 1              Date Rcvd: Mar 25, 2010
Case: 10-03647                Form ID: form23           Total Noticed: 1

The following entities were noticed by first class mail on Mar 27, 2010.
db/db         +Gregory G Johnson,   Marjorie A Johnson,   17225 Astro Dr.,   Big Rapids, MI 49307-9521

The following entities were noticed by electronic transmission.
NONE.                                                                                         TOTAL: 0
               ***** BYPASSED RECIPIENTS *****
NONE.                                                                                         TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.
```

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Mar 27, 2010**                    **Signature:**    _Joseph Speetjens_