**UNITED STATES BANKRUPTCY COURT**

**FOR THE WESTERN DISTRICT OF MICHIGAN**

In Re:

| | |
|---|---|
| GREGORY G. JOHNSON and<br>MARJORIE A. JOHNSON | Case No:   10-03647-swd<br>Chapter 7<br>Honorable Scott W. Dales |
| Debtors. | Filed:  March 24, 2010 |

_____/

**NOTICE OF APPEARANCE ON BEHALF OF CHEMICAL BANK
AND DEMAND FOR SERVICE OF PAPERS**

PLEASE TAKE NOTICE, that the undersigned counsel hereby files its Notice of Appearance on behalf of Chemical Bank, in this Chapter 7 case.  Pursuant to rules 2002 and 9007 of the Rules of Bankruptcy Procedure, we request that all notices given or required to be given in the above-captioned Chapter 7 case and all papers served or required to be served in this case be given to and served upon the undersigned at the office, address, and telephone number set forth below.

PLEASE TAKE FURTHER NOTICE that the foregoing demand includes not only notices and papers referred to in the Rules specified above, but also includes without limitation, orders and notice of any applications, motions, petitions, pleadings, complaints, or demands transmitted or conveyed by mail delivery, telephone, telegraph, telex or otherwise which affect the above-captioned Debtors or property of the estate.

WARNER NORCROSS & JUDD LLP
Attorneys for Chemical Bank

Dated:  April 21, 2010

By:   /s/ Timothy Hillegonds
Timothy Hillegonds (P25555)
900 Fifth Third Center
111 Lyon Street NW
Grand Rapids, MI 49503
thillegonds@wnj.com
(616)752-2132

1778651