Form DEFECF (10/09)

**United States Bankruptcy Court**
**Western District of Michigan**
One Division Ave., N.
Room 200
Grand Rapids, MI 49503

| | |
|---|---|
| **IN RE:** Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):<br><br>**Gregory G Johnson**<br>17225 Astro Dr.<br>Big Rapids, MI 49307<br>SSN: xxx–xx–0424<br>**Marjorie A Johnson**<br>17225 Astro Dr.<br>Big Rapids, MI 49307<br>SSN: xxx–xx–5245<br><br>**Debtor(s)** | **Case Number 10−03647−swd**<br><br>**Chapter 7**<br><br>**Honorable Scott W. Dales** |

## NOTICE OF DEFECTIVE ENTRY OR FILING

NOTICE IS HEREBY GIVEN that document #: 1 (Voluntary Petition) is defective for the following reasons:

- ☐ Incomplete PDF Document attached to the entry.
- ☐ Entered in the wrong case.
- ☐ PDF document is not legible.
- ☐ Incorrect Form Submitted (Official forms are located on the Court's website at: www.miwb.uscourts.gov)
- ☑ Other: The BR 2016 Disclosure of Compensation is still missing on this case. A Notice of Filing(s) Due was sent to you on or about 3/27/2010.

NOTICE IS FURTHER GIVEN that the following action must be taken:
- ☐ Document needs to be re−filed.
- ☑ Please file the BR 2016 Disclosure of Compensation to complete the Court's file.

If you have any questions, please contact the ECF HelpDesk by emailing ecfhelpdeskmiwb@miwb.uscourts.gov or by calling (616) 456−2693.



Daniel M. LaVille
Clerk of Court

**Dated:** June 10, 2010