Official Form 23 (12/08)

# United States Bankruptcy Court
Western District of Michigan

In re Gregory G Johnson and Marjorie A Johnson ,   Case No:  10-03647-swd
                                                    Chapter:  7

**DEBTOR'S CERTIFICATION OF COMPLETION OF INSTRUCTIONAL COURSE CONCERNING
PERSONAL FINANCIAL MANAGEMENT**

*Every individual debtor in a chapter 7, chapter 11 in which § 1141(d)(3) applies, or chapter 13 case must file this certification. If a joint petition is filed, each spouse must complete and file a separate certification. Complete one of the following statements and file by the deadline stated below:*

☒ I, _Gregory G Johnson_ & _Marjorie A Johnson_, the debtor in the above-styled case, hereby certify that on _June 7, 2010_ (Date),
    (Printed Name of Debtor)
I completed an instructional course in personal financial management provided by
_Debt Education and Certificate Foundation_, an approved personal financial management provider.
    (Name of Provider)

Certificate No.: _03088-MIW-DE-011229924_
                 _03088-MIW-DE-011229926_

☐ I, _Marjorie A Johnson_, the debtor in the above-styled case, hereby
    (Printed Name of Debtor)
certify that no personal financial management course is required because of *[Check the appropriate box.]*:
  ☐ Incapacity of disability, as defined in 11 U.S.C. § 109(h);
  ☐ Active military duty in a military combat zone; or
  ☐ Residence in a district in which the United States trustee (or bankruptcy administrator) has determined that the approved instructional courses are not adequate at this time to serve the additional individuals who would otherwise be required to complete such courses.

Signature of Debtor: _Gregory G Johnson_   _Marjorie A Johnson_
Date: _8/9/10_

---

*Instructions:* Use this form only to certify whether you completed a course in personal financial management. (Fed. R. Bankr. P. 1007(b)(7).)
Do NOT use this form to file the certificate given to you by your prepetition credit counseling provider and do NOT include with the petition when filing your case.

*Filing Deadlines:* In a chapter 7 chase, file within 45[1] days of the first date set for the meeting of creditors under § 341 of the Bankruptcy Code. In a chapter 11 or chapter 13 case, file no later than the last payment made by the debtor as required by the plan or the filing of a motion for a discharge under § 1141(d)(5)(B) or § 1328(b) of the Code. (See Fed. R. Bankr. P. 1007(c).)

---

[1]**Important.** The deadline remains 45 days until December 1, 2010, when amendment to Fed. R. Bankr. P. 1007(c) extending the period to 60 days is scheduled to take effect together with a conforming change to the form approved by the Judicial Conference.

Certificate Number: 03088-MIW-DE-011229924

Bankruptcy Case Number: 10-03647



03088-MIW-DE-011229924

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2010, at 4:59 o'clock PM CDT, Gregory G Johnson completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Michigan.

Date: June 7, 2010        By: /s/Jessica L. Baird

Name: Jessica L. Baird

Title: Counselor

Certificate Number: 03088-MIW-DE-011229926

Bankruptcy Case Number: 10-03647

03088-MIW-DE-011229926

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on June 7, 2010, at 4:59 o'clock PM CDT, Marjorie A Johnson completed a course on personal financial management given by internet and telephone by Debt Education and Certification Foundation, a provider approved pursuant to 11 U.S.C. § 111 to provide an instructional course concerning personal financial management in the Western District of Michigan.

Date: June 7, 2010              By:     /s/Jessica L. Baird

                                Name:   Jessica L. Baird

                                Title:  Counselor